658 A.2d 722

IN THE MATTER OF CHESTER A.
JUST, AN ATTORNEY AT LAW.

June 5, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 25, 1995, recommending that **CHESTER A. JUST** of **EDISON,** who was admitted to the bar of this State in 1961, be suspended from the practice of law for a period of three months for facilitating a conveyance that was questionable because of the grantor's apparent lack of competence and for affixing a jurat to a

signature he did not personally witness, in violation of *RPC* 4.1(a) and *RPC* 8.4(c), and good cause appearing;

It is ORDERED that **CHESTER A. JUST** is suspended from the practice of law for a period of three months, effective June 28, 1995, and until further Order of the Court; and it is further

ORDERED that **CHESTER A. JUST** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys, and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.